UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JUDITH P. BROACH as an Independent Fiduciary of the Exhibition Employees Local 829 Annuity Fund, and EXHIBITION EMPLOYEES LOCAL 829 ANNUITY FUND,

               Plaintiffs,

-against-

SHOWTIME ON THE PIERS, LLC,

               Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __8/25/2022__

22 Civ. 3209 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On July 19, 2022, the Court directed Plaintiffs to move for a default judgment if Defendant did not appear by August 19, 2022. ECF No. 16. Defendant has not appeared, and Plaintiffs have not moved for a default judgment. Accordingly, by **September 1, 2022**, Plaintiffs shall move for a default judgment.

    SO ORDERED.

Dated: August 25, 2022
       New York, New York

ANALISA TORRES
United States District Judge