USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/6/2022



John
530
Suit
Washington, DC 20015
T: 202-362-0041
F: 202-362-2640
jharney@odonoghuelaw.com
www.odonoghuelaw.com

Admitted to practice in DC, MD, VA, NY

**VIA ECF**                                       September 1, 2022

The Honorable Analisa Torres
United States District Judge
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Courtroom 15D
New York, NY 10007-1312

   Re: Judith P. Broach, as Independent Fiduciary of the Exhibition Employees
      Local 829 Annuity Fund, et al. v. Showtime on the Piers, LLC
      Case No.: 22-cv-3209 (AT)

Dear Judge Torres:

  The undersigned is counsel to the Plaintiffs, Judith P. Broach, as Independent Fiduciary of the Exhibition Employees Local 829 Annuity Fund and Exhibition Employees Local 829 Annuity Fund ("Plaintiffs"), in the above-referenced case. Pursuant to Section I(C) of your Individual Rules of Practice in Civil Cases, I write respectfully to request an extension of two weeks to file a Motion for Default Judgment in the instant case as the Plaintiffs have not yet obtained the Certification of Default from the Clerk of the Court required under Local Rules 55.1 and 55.2 of the Southern District of New York before the Plaintiffs may file the Motion for Default Judgment.

  On August 25, 2022, the Court ordered the Plaintiffs to move for default judgment by September 1, 2022. Plaintiffs have filed a Request for Clerk's Certification of Default today. Until the Clerk issues the Certificate of Default, the Plaintiffs are unable to move for default judgment in accordance with the Local Rules. Additionally, the undersigned counsel was injured in a bicycle accident on August 18, 2022 that required surgery on his elbow on August 23, 2022 and for which he has been recuperating from his home. There have been no other requests for adjournments or extensions in the instant case. Plaintiffs have been unable to contact the Defendant to ascertain if it objects to this request. The proposed two-week extension does not affect any other scheduled dates in the instant case. If granted, the Plaintiffs will move for default judgment as soon as the Clerk issues the Certification of Default.

GRANTED.

SO ORDERED.

Dated: September 6, 2022
   New York, New York

            ANALISA TORRES
          United States District Judge