

Annapolis, MD • Washington, DC • Philadelphia, PA



```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  9/29/2022
```

F: 202-362-2640
jharney@odonoghuelaw.com
www.odonoghuelaw.com

Admitted to practice in DC, MD, VA and NY

September 28, 2022

**VIA ECF**
The Honorable Analisa Torres
United States District Judge
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Courtroom 15D
New York, NY 10007-1312

Re:  Judith P. Broach, as Independent Fiduciary of the Exhibition Employees
Local 829 Annuity Fund, et al. v. Showtime on the Piers. LLC
Case No.: 22-cv-3209 (AT)

Dear Judge Torres:

The undersigned is counsel to the Plaintiffs in the above-referenced case, Judith P. Broach, as Independent Fiduciary of the Exhibition Employees Local 829 Annuity Fund and Exhibition Employees Local 829 Annuity Fund ("Plaintiffs"). Pursuant to Section 1(C) of your Individual Rules of Practice in Civil Case, I write to respectfully request an extension of two weeks to file a Motion for Default Judgment in the instant case. This is Plaintiffs third request as Plaintiffs have not yet obtained the Certificate of Default from the Clerk of the Court required under Local Rules 55.1 and 55.2 of the Southern District of New York before the Plaintiffs may file the Motion for Default Judgment.

On August 25, 2022, the Court ordered the Plaintiffs to move for default judgment by September 1, 2022. On September 1, 2022, Plaintiffs sought a two-week extension, which the Court granted on September 6, 2022, as the Plaintiffs had not received a Certificate of Default from the Clerk of the Court in response to Plaintiffs' Request for Clerk's Certification of Default. On September 13, 2022, the Plaintiffs sought another two-week extension for the same reason, which was granted on September 14, 2022. On September 15, 2022, the Clerk notified the undersigned to re-file the clerk's certificate of default as it was not filed as to form. On September 27, 2022, the Plaintiffs filed a corrected Proposed Clerk's Certificate of Default. Per the Local Rules, Plaintiffs are unable to move for default judgment without the Certificate of Default.

      Plaintiffs have been unable to contact the Defendant to ascertain if it objects to this request. The proposed two-week extension does not affect any other scheduled dates in the instant case. If granted, the Plaintiffs will move for default judgment as soon as the Clerk issues the Certification of Default.

      Thank you for your consideration of this request. Please contact the undersigned if you have any questions or require any documentation.

      Very truly yours,

/s/ John R. Harney
John R. Harney
*Attorney for Plaintiffs*

852164.1

**GRANTED.**

**SO ORDERED.**

Dated: September 29, 2022
      New York, New York

ANALISA TORRES
United States District Judge