UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EXHIBITION EMPLOYEES UNION LOCAL 829 ANNUITY FUND; AND JUDITH P. BROACH AS INDEPENDENT FIDUCIARY OF THE EXHIBITION EMPLOYEES UNION LOCAL 829 ANNUITY FUND,

                      Plaintiffs,

-against-

SHOWTIME ON THE PIERS, LLC,

                      Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _10/26/2022_

22 Civ. 3209 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On July 19, 2022, the Court directed Plaintiffs to move for a default judgment if Defendant did not appear by August 19, 2022. ECF No. 16. Defendant has not appeared. On August 25, 2022, the Court directed Plaintiffs to move for a default judgment by September 1, 2022. ECF No. 17. The Court subsequently extended this deadline to October 13, 2022. ECF Nos. 21, 23, 28. This submission is now overdue. Accordingly, by **October 31, 2022**, Plaintiffs shall file a motion for default judgment.

    SO ORDERED.

Dated: October 26, 2022
         New York, New York

                                                ANALISA TORRES
                                          United States District Judge