USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/27/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JUDITH P. BROACH, AS INDEPENENT FIDUCIARY OF THE EXHIBITION EMPLOYEES LOCAL 829 ANNUTIY FUND, et al.

                              Plaintiffs

-against-

SHOWTIME ON THE PIERS, LLC

                              Defendant

Case No. 22-cv-3209 (AT)

**ORDER**

## ORDER

**AND NOW**, this 27th day of February, 2023, upon consideration of defendant's counsel's motion to withdraw pursuant to Local Civil Rule 1.4, it is hereby

ORDERED that the Motion by John R. Harney for Evelyn Haro to be withdrawn as counsel in this matter is hereby GRANTED. The Clerk of Court is directed to terminate Evelyn Haro from the docket.

Dated: February 27, 2023
       New York, New York

                                                    _____
                                                    ANALISA TORRES
                                                 United States District Judge